UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 18-1658 DMG (PLAx) | Date | March 1, 2019 |
|---|---|---|---|

| Title | *Healthcare Ally Management of California, LLC v. Blue Cross and Blue Shield of Florida, Inc., et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT IMPOSE SANCTIONS ON THE PARTIES' COUNSEL**

On May 17, 2018, the Court ordered the parties to complete early mediation by October 19, 2018, and to submit a joint status report regarding the results of early mediation by October 26, 2018. [Doc. # 12-1 at 1; Doc. # 13 at 1.] To date, the parties have not filed their joint status report re early mediation, and there is no indication that the parties have participated in early mediation. Counsel for both parties are hereby **ORDERED TO SHOW CAUSE** why the Court should not sanction them for failure to comply with a Court order. The attorneys shall file a joint response to this Order **by March 8, 2019**. The joint response shall not exceed ten pages in length. As an alternative to the attorneys' written responses, the Court will accept a joint status report regarding the results of their early mediation (if any). Any such joint status report must be filed no later than **March 8, 2019**.

**IT IS SO ORDERED.**